UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEWIS JOHN,

    Plaintiff,

  v.

DEPUTY CLARK C. BERRY, *et al*,

    Defendants.

Case No.  C05-5694RJB

ORDER TO SHOW CAUSE

  This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  This matter comes before the court on plaintiff's filing of an application to proceed *in forma pauperis* and a civil rights complaint under 42 U.S.C. § 1983.  To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $250.00 or file a proper application to proceed *in forma pauperis*.

  On October 20, 2005, the clerk received plaintiff's complaint and application to proceed *in forma pauperis*. (Dkt. #1).  On October 25, 2005, the clerk sent plaintiff a letter informing him that he must submit his prison trust account statement showing transactions in his prison trust account for the past six months by November 25, 2005, or this matter could be subject to dismissal. (Dkt. #2).  Plaintiff has since corrected that deficiency. (Dkt. #3 and #4).  His application, however, contains additional deficiencies.

ORDER
Page - 1

Local Rule CR 3(b) provides in relevant part:

> At the time application is made under 28 U.S.C. § 1915 or other applicable acts of Congress, for leave to commence any civil action or to file any petition or motion without being required to prepay fees and costs or give security for them, each petitioner, movant or plaintiff shall:
> (1) Complete the in forma pauperis affidavit approved for use in this district; and
> (2) File a written consent that the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.

Plaintiff has not submitted the written consent required by Local Rule CR 3(b)(2). Further, while plaintiff signed the application form he submitted in late October 2005, he did not date his signature.

Accordingly, this court orders the following:

(1) Plaintiff shall seek to cure these deficiencies by filing **no later than January 5, 2006**, (a) a copy of the written consent required by Local Rule CR 3(b); and (b) filing a new copy of his *in forma pauperis* application form containing a dated signature.

**Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.**

(2) The clerk is directed to send a copy of this Order to plaintiff along with the appropriate written consent form and *in forma pauperis* application form.

DATED this 5th day of December, 2005.

Karen L. Strombom
United States Magistrate Judge