UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEWIS JOHN,

        Plaintiff,

    v.

DEPUTY MARK C. BERRY, *et al*,

        Defendants.

Case No. C05-5694RJB

ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

      This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the court on plaintiff's filing of a motion for continuance for order to show cause. (Dkt. #10). After reviewing plaintiff's motion and the balance of the record, the court hereby finds and ORDERS as follows:

      On January 12, 2006, the court, finding plaintiff's complaint to be deficient in several respects, ordered him to file an amended complaint by no later than February 12, 2006, or show cause why this matter should not be dismissed. (Dkt. #9). In plaintiff's motion, he seeks a thirty-day extension of time in which to respond to the court's order to show cause, stating that he suffers from cluster headaches that limit the amount of time he is able to work, has a limited amount of time to spend in the law library, and is pending a transfer to another institution.

      The court does not find plaintiff's request to be unreasonable, and thus will grant him a thirty (30)

ORDER
Page - 1

1  day extension of time in which to respond to the court's order to show cause.  Accordingly, plaintiff's

2  motion for continuance for order to show cause (Dkt. #10) hereby is GRANTED.  Plaintiff shall respond

3  to the court's order to show cause (Dkt. #9) as stated therein, by **no later than March 12, 2006**.

4        The Clerk is directed to send plaintiff the appropriate forms so that he may file an amended

5  complaint.  The Clerk is further directed to send a copy of this Order to plaintiff.

6        DATED this 23rd day of January, 2006.

Karen L. Strombom
United States Magistrate Judge