UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEWIS JOHN,

               Plaintiff,

     v.

DEPUTY MARK C. BERRY, *et al*,

              Defendants.

Case No.  C05-5694RJB

ORDER DENYING SERVICE OF COMPLAINT BY UNITED STATES MARSHALS

      This matter comes before the court on plaintiff's filing of an amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. #15).  Plaintiff has been granted *in forma pauperis* status in this case. (Dkt. #7). Because plaintiff has not provided the court with any copies of his amended complaint for service, the court will not order service of the complaint at this time.

      So that the Court can attempt service by mail, plaintiff must provide **three (3)** copies of the amended complaint.  The copies of the amended complaint for service must be submitted on or before **May 10, 2006**, or the Court will recommend dismissal of this matter for failure to prosecute.

      The Clerk is directed to send a copy of this Order to plaintiff.

      DATED this 10th day of April, 2006.

                                            Karen L. Strombom
                                            United States Magistrate Judge