UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEWIS JOHN,

        Plaintiff,

    v.

DEPUTY C. BERRY, *et al*,

        Defendants.

Case No.  C05-5694RJB-KLS

ORDER DENYING PLAINTIFF'S MOTION SEEKING AN INJUNCTION

    The Court, having reviewed the Report and Recommendation, plaintiff's motion seeking an injunction (Dkt. 19), plaintiff's objections (Dkt. 33), and the remaining record, hereby finds and ORDERS:

(1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

(2)    plaintiff's motion seeking an injunction (Dkt. 19) is DENIED; and

(3)    the Clerk is directed to send copies of this Order to plaintiff and any other party that has appeared in this action.

DATED this 31st day of July, 2006.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 1