UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEWIS JOHN,

        Plaintiff,

v.

DEPUTY MARK C. BERRY, *et al*,

        Defendants.

Case No. C05-5694RJB-KLS

ORDER DENYING PLAINTIFF'S MOTION SEEKING TELEPHONIC HEARING

    This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's motion seeking telephonic hearing. (Dkt. #36). After reviewing plaintiff's motion and the balance of the record, the Court finds and orders as follows:

    Plaintiff filed his motion on August 2, 2006. Although that motion is noted for consideration on August 25, 2006, the Court finds no reason to wait until that date to rule on it. The only reason plaintiff provides for requesting a telephonic hearing appears to be his allegation that he has no other means of accessing the Court. Plaintiff's filing of this motion, as well as the other motions and documents he has filed with the Court, however, directly belies this allegation. Nor has plaintiff stated the nature of the matter for which he is requesting a telephonic hearing. Accordingly, plaintiff's motion seeking telephonic

1  hearing (Dkt. #36) hereby is DENIED.

2  The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

3  DATED this 14th day of August, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2